

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00132-CR

| | | |
|---|---|---|
| MATTHEW WOLFE, Appellant | § | On Appeal from Criminal District Court No. 1 |
| | § | of Tarrant County (1691858D) |
| V. | § | July 6, 2023 |
| | § | Memorandum Opinion by Justice Bassel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in some of the trial court's judgments. It is ordered that the judgments of the trial court are affirmed in part and reversed in part. We affirm the trial court's judgments for aggravated kidnapping (Count One), aggravated assault (Count Five), and injury to an elderly person (Count Seven). We vacate and dismiss the trial court's judgments for burglary (Count Three), aggravated robbery (Count Four), and aggravated assault (Count Six).

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
Justice Dabney Bassel